UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| ERIN RACE, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:19-cv-04830-JPH-TAB |
| | ) | |
| FEDERAL EXPRESS CORPORATION, | ) | |
| Defendant. | ) | |

**ORDER ON NOVEMBER 20, 2020, TELEPHONIC STATUS CONFERENCE**

Parties appeared by counsel November 20, 2020, for a telephonic status conference to address a dispute over the method of producing documents in response to Defendant's request for production. At issue are approximately 20,000 documents awaiting production to Defendant. Plaintiff objected to allowing Defendant to take possession of the documents for purpose of inspecting and copying them. Plaintiff's objection is overruled. It is common practice to allow opposing counsel to take custody of discovery documents for the purpose of inspecting and copying them, and Plaintiff has not shown good cause to depart from this practice. Moreover, Defendant is willing to incur all costs associated with inspecting, copying, and returning these documents to Plaintiff. And of course Defendant must exercise all necessary care to ensure these documents are promptly returned to Plaintiff. However, if Plaintiff is willing to incur all costs associated with production, Plaintiff may instead produce copies of these documents to Defendant. Accordingly, within seven days from the date of this order, Plaintiff shall either produce a copy of these discovery documents to Defendant at her expense, or make the documents available to Defendant to copy at Defendant's expense.

Date: 11/23/2020

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email

Case 1:19-cv-04830-JPH-TAB   Document 62   Filed 11/23/20   Page 2 of 2 PageID #: 277

Distribution:

All ECF-registered counsel of record via email